IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WENDIE Y. OWEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>    Defendant | Civil No. 3:06-CV-1088-HU<br><br><br><br>ORDER FOR EAJA FEES |

    Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $3,664.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $350.00, pursuant to 28 U.S.C. § 1920.

    DATED this __14__ day of __May__, 2007.

                                              _/s/_____
                                              UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant